*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/18/2020
```

May 14, 2020

VIA ECF
Hon. Mary K. Vyskocil
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**Re:    *Azatullah v. Wolf, et al.*, No. 20 Civ. 1069 (MKV)**

Dear Judge Vyskocil:

This Office represents the government in this action in which plaintiff challenges the denial by U.S. Citizenship and Immigration Services ("USCIS") of his Application to Register Permanent Residence or Adjust Status (Form I-485). Plaintiff asserts claims under the Administrative Procedure Act ("APA"), 5 U.S.C. § 701, *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202. On behalf of the government, I write respectfully to request a scheduling order setting the deadline to file the certified administrative record for this action on July 13, 2020.

The government expects that this matter, like most APA matters, will be resolved either through motions for summary judgment based on the certified administrative record or through settlement. We request a scheduling order setting the date for filing the record on or before July 13, 2020, to give USCIS adequate time to obtain relevant files and prepare and certify the record.

This is the government's first request for a scheduling order setting the deadline to file the certified administrative record on July 13, 2020. Plaintiff's counsel consents to this request.

I thank the Court for its consideration of this letter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   *s/ Simon Nakajima*
SIMON NAKAJIMA
Special Assistant United States Attorney
Telephone:  (212) 637-2770
Facsimile:  (212) 637-2786
E-mail:  simon.nakajima@usdoj.gov

**Granted. SO ORDERED.**

Date:   5/18/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

cc:  Counsel of record (via ECF)