USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/20202

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMAD SEIR AZATULLAH, <br><br> Plaintiff, <br><br> -against- <br><br> CHAD W. WOLF, Acting Secretary of the Department of Homeland Security; KENNETH T. CUCINELLI, II, Acting Director of the United States Citizenship and Immigration Services; and LEE F. BOWES, Acting Director of the New York District of the United States Citizenship and Immigration Services, <br><br> Defendants. | 1:20-cv-01069-MKV <br><br> ORDER |

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff commenced this action on February 7, 2020, by filing the Complaint [ECF No. 1]. Defendants filed the Answer on May 13, 2020 [ECF No. 15]. On July 13, 2020, Defendants filed a letter with two CD/DVD-ROMs that contain the Certified Administrative Record [ECF No. 18]. On October 19, 2020, the parties requested leave to file additional documents as part of the Administrative Record [ECF No. 20]. On October 20, 2020, the Court granted that request and issued a Notice of Initial Pretrial Conference directing the parties to file a joint status letter and a proposed Case Management Plan [ECF Nos. 21, 23]. On November 2, 2020, the Court received the parties' joint letter and proposed Case Management Plan [ECF No. 24].

The Court is unable to retrieve the complete Certified Administrative Record as it appears one of the CD/DVD-ROMs is blank. Accordingly, IT IS HEREBY ORDERED that the parties shall resubmit a copy of the Certified Administrative Record on or before November 13, 2020.

IT IS FURTHER ORDERED that the parties are granted leave to file their motions for summary judgment without Rule 56.1 statements and that Plaintiff is granted leave to file an oversized brief, not to exceed forty (40) pages in length. The briefing scheduling is as follows:

- Plaintiff's brief in support of Plaintiff's motion for summary judgment shall be filed on or before November 6, 2020.

- Defendants' brief in opposition, and in support of Defendants' cross-motion for summary judgment shall be filed on or before December 7, 2020.

- Plaintiff's reply brief shall be filed on or before January 4, 2021.

- Defendants' reply brief shall be filed on or before January 25, 2021.

The Initial Pretrial Conference scheduled for December 1, 2020, at 12:00 PM is HEREBY CANCELLED.

The Court will enter separately the parties' proposed Case Management Plan.

**SO ORDERED.**

**Date: November 2, 2020**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**