

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 2, 2020

VIA ECF
Hon. Mary Kay Vyskocil
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    *Azatullah v. Wolf, et al.*, No. 20 Civ. 1069 (MKV)

Dear Judge Vyskocil:

    This Office represents the government in the above referenced action in which plaintiff challenges the denial by U.S. Citizenship and Immigration Services ("USCIS") of his Application to Register Permanent Residence or Adjust Status (Form I-485). Pursuant to Rule 4.A.iii of the Court's Individual Practices, the government writes, with plaintiff's consent, to respectfully request a 15-page increase in its Memorandum of Law in Support of its Cross Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment from 25 pages to 40 pages. The government's brief is due December 7, 2020. The page enlargement is necessary to address plaintiff's 19-page complaint, 39-page summary judgment brief, and in light of the complex factual and procedural history. The Court previously granted plaintiff's request to file an opening brief not to exceed 40 pages. *See* ECF No. 26.

    I thank the Court for its consideration of this request.

                      Respectfully submitted,

                      AUDREY STRAUSS
                      Acting United States Attorney

            By:   *s/ Rebecca R. Friedman*
                      Rebecca Friedman
                      Assistant United States Attorney
                      Telephone: (212) 637-2614
                      Facsimile:  (212) 637-2686
                      E-mail: rebecca.friedman@usdoj.gov

cc: Counsel of record (via ECF)