UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2022

AHMAD SEIR AZATULLAH,

                Plaintiff,

-against-

CHAD W. WOLF, *Acting Secretary of the Department of Homeland Security*; KENNETH T. CUCINELLI, II, *Acting Director of the United States Citizenship and Immigration Services*; and LEE F. BOWES, *Acting Director of the New York District of the United States Citizenship and Immigration Services*,

                Defendants.

1:20-cv-01069-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of two letters from the parties requesting that the stay in this case be lifted. [ECF Nos. 68, 69.] The parties' request to lift the stay is GRANTED.

This Court's March 7, 2022 Order denied the parties' cross-motions for summary judgment "without prejudice to refiling . . . *after termination of the stay*." [ECF No. 53.] Before the stay was lifted, however, Plaintiff refiled his motion for summary judgment on May 31, 2022. [ECF No. 61.] Because Plaintiff's motion was refiled before the stay was lifted, the pending motion is DENIED without prejudice. The parties are directed to refile all motion papers in connection with the parties' cross-motions for summary judgment on or before January 20, 2023.

The Clerk of Court is respectfully requested to terminate docket entries 59 and 61 and to lift the stay in this case.

**SO ORDERED.**

Date: December 6, 2022
      New York, NY

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**